UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
■ 6th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Elena Victoria Fernandez     JOINT DEBTOR: _____     CASE NO.: 15-28061-AJC
SS#: xxx-xx- 5655                     SS#: xxx-xx- _____

### I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,375.00     for months  1  to  29 ;
2. $6,529.62     for months  30 to  30 ;
3. $6,834.01     for months  31 to  38 ;
4. $12,040.09    for months  39 to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE     ☐ PRO BONO

Total Fees:  $6275.00     Total Paid:  $2450.00     Balance Due:  $3825.00

Payable  $113.79   /month (Months  1  to  29 )
Payable  $525.00   /month (Months  30 to  30 )
Payable  $0.00     /month (Months  31 to  60 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 (Fees)+$275.00(Cost)+$2,000.00 (ModX4)+$500.00 (Reinstate)=$6,275.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Elena Victoria Fernandez         Case number: 15-28061-AJC

1. Creditor: Caliber Home Loans, Inc.

   Address: POB 24610
            Oklahoma City, OK
            73124

   Last 4 Digits of Account No.: 2679

   Arrearage/ Payoff on Petition Date     Arrearage on Petition Date $119,804.34

   | | | | |
   |---|---|---|---|
   | Arrears Payment | $980.89 | /month (Months 1 to 29 ) |
   | Arrears Payment | $300.00 | /month (Months 30 to 30 ) |
   | Arrears Payment | $100.00 | /month (Months 31 to 38 ) |
   | Arrears Payment | $4,102.67 | /month (Months 39 to 60 ) |
   | Regular Payment | $1,806.79 | /month (Months 1 to 29 ) |
   | Regular Payment | $5,000.00 | /month (Months 30 to 30 ) |
   | Regular Payment | $6,000.61 | /month (Months 31 to 60 ) |

   Other: _____

   ■ Real Property
      ■ Principal Residence
      ☐ Other Real Property

   Check one below for Real Property:
      ☐ Escrow is included in the regular payments
      ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   12450 SW 96th Ct
   Miami, Florida 33176

   ☐ Personal Property/Vehicle
   Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE
   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

   | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
   |---|---|---|
   | 1. Ridge Est II | 2601 | Homeowners Association |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

   | Total Due: | $3,711.15 | Total Payment | $3,711.15 |
   |---|---|---|---|

Debtor(s): Elena Victoria Fernandez     Case number: 15-28061-AJC

    Payable: $23.35 /month (Months 1 to 29)

    Payable: $25.00 /month (Months 30 to 38)

    Payable: $127.68 /month (Months 39 to 60)

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    D. **OTHER:** ■ NONE

V.   **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay $325.03 /month (Months 1 to 29)
       Pay $26.66 /month (Months 30 to 30)
       Pay $25.00 /month (Months 31 to 38)
       Pay $605.12 /month (Months 39 to 60)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. SEPARATELY CLASSIFIED: ■ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.   **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII.   **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII.   **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Elena Victoria Fernandez    Case number: 15-28061-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Elena Victoria Fernandez    Debtor    May 23, 2018                              Joint Debtor
Elena Victoria Fernandez                         Date                                                              Date

/s/ Patrick L. Cordero            May 23, 2018
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**